DARIO NOLASCO ET AL. *v.* TOWN OF
MADISON ET AL.
(15446)

Foti, Lavery and Cretella, Js.

Argued November 4—officially released November 26, 1996

Per Curiam. The judgment is affirmed.

CLIFFORD WREN ET AL. *v.* MACPHERSON
INTERIORS, INC., ET AL.
(15083)

Foti, Schaller and Hennessy, Js.

Argued October 31—officially released November 26, 1996

Per Curiam. This case is controlled by *Infante* v.
*Porvath,* 29 Conn. App. 465, 615 A.2d 1073 (1992).

The judgment is affirmed.

MCHUGH CONSTRUCTION, INC. *v.* HAMMERMILL
BUSINESS CORPORATION, INC., ET AL.
(14600)

Foti, Schaller and Hennessy, Js.

Argued October 31—officially released November 26, 1996

Per Curiam. The judgment is affirmed.